**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

TOMMY E. BELL,

                       Plaintiff,                  CIVIL NO.: 10-CV-4412 PAM/JJG

v.

                                         **ORDER FOR DISMISSAL**

FEDERAL BOND AND COLLECTION
SERVICE, INC., D/B/A FBCS

                       Defendant.
_____


        Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 2, filed by Plaintiff on January 19, 2011, and upon all the files, records and proceedings herein,

        IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

                                        **BY THE COURT:**


Dated:  January 18, 2011                    s/Paul A. Magnuson
                                        The Honorable Paul A. Magnuson
                                        Judge of United States District Court